1008

[No. 56425-1-I. Division One. July 24, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT PANKEY LEE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-00587-2, Gregory P. Canova, J., entered June 2, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 56459-5-I. Division One. July 24, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. CARL SCOTT CHANEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-00798-7, Deborah D. Fleck, J., entered June 21, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 56841-8-I. Division One. July 24, 2006.]

ACCOUNTS RETRIEVABLE SYSTEM, INC., *Respondent*, v. KELLY J. FOLEY ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-01022-1, Dean Scott Lum, J., entered August 5, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 56955-4-I. Division One. July 24, 2006.]

YARDARM KNOT, INC., ET AL., *Respondents*, v. MOSS ADAMS, L.L.P., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-26520-5, Carol A. Schapira, J., entered September 22, 2005. *Reversed* by unpublished per curiam opinion.